

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Andrew J. Hickey
County Auditor
Victoria County
Victoria, Texas

Dear Sir:

Opinion No. O-3263
Re: Notary Publics — Oath of
office may be taken before
another notary public and
related matter.

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

"Can a person who has been appointed a Notary Public make or take either or both the affidavit to his bond and oath of office before some other Notary Public or must he appear before the County Clerk of his county to make or take either or both the affidavit to his bond and oath of office?"

Articles 5949, 5950, 5951, 5952, 5953 and 5954, Vernon's Annotated Texas Civil Statutes, read as follows:

"Article 5949. The Secretary of State of the State of Texas shall appoint a convenient number of notaries public for each county. Notaries public may be appointed at any time, but the terms of all notaries public shall end on June 1st of each odd numbered year. To be eligible for appointment as notary public, a person shall be at least twenty-one (21) years of age and a resident of the county for which he is appointed.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Andrew J. Hickey, Page 2

"Art. 5950. The Secretary of State shall furnish each county clerk a printed list of all notaries public so appointed and qualified; and said clerk shall preserve said list for public inspection and post a copy thereof on the courthouse door.

"Art. 5951. When a notary is appointed, the Secretary of State shall forward the commission to the county clerk of the county where the party resides. Said clerk shall immediately notify said party to appear before him within ten days, pay for his commission, and qualify according to law. If said party be absent from the county, or sick at the time of the reception of said commission by the clerk, he shall have ten days from his return to said county in which to appear and qualify.

"Art. 5952. The clerk receiving the commission shall indorse thereon the day on which notice was given, and, if the party pay the State fee for commission and qualify according to law, the said clerk shall notify the Secretary of State of his qualification, giving date of same, and remit the fee to said officer. If the party fails to qualify and pay the fee within the limited time, the appointment shall be void, and the clerk shall certify on the back of the commission that the party has failed to qualify, and return it to the Secretary of State.

"Art. 5953. Any person appointed a notary public, before entering his official duties, shall execute a bond for one thousand dollars, to be approved by the county clerk of his county, payable to the Governor, conditioned for the faithful performance of the duties of his office; and shall also take and subscribe the official oath, which shall be indorsed on said bond, with the certificate of the officer administering the same; said bond shall be recorded in the

Honorable Andrew J. Hickey, Page 3

office of the county clerk, and deposited in said office, and shall not be void on the first recovery, and may be sued on in the name of the party injured from time to time until the whole amount thereof has been recovered.

"Art. 5954. Notaries Public shall have the same authority to take acknowledgments or proofs of written instruments, protests instruments permitted by law to be protested, administer oaths, and take depositions, as is now or may hereafter be conferred by law upon county clerks."

Article 5953, supra, provides that the statutory bond of the notary public must be approved by the county clerk. This article, however, does not require that the official oath be administered by the county clerk; the statute uses the following language: "and shall also take and subscribe the official oath, which shall be indorsed on said bond, with the certificate of the officer administering same." Under the provisions of Article 5954, notaries public have the same authority to administer oaths, etc., as county clerks.

You are respectfully advised that it is the opinion of this department that a legally qualified notary public would have legal authority to administer the official oath and affidavit inquired about. Your question is answered in the affirmative.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:GO

APPROVED MAR 15, 1941

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN

